IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DAVID THOMAS, Individually and on §
Behalf of Similarly Situated Individuals; §
PETE GONZALES JR., EUNICE CARTER, §
RODOLFO LOPEZ, BENJAMIN BURRS, §
JOHN HERNANDEZ, RAMIRO §
ROCHA, TIMOTHY GODOY, §
FRANCISCO PALAFOS, FRANCISCO §
PALAFOS, TOICE WALKER, DANIEL §
CERDA, JAMES ALEXANDER, FRANK §
REYES, LOUIS M. YANEZIV, §
ALEJANDRO CERDA, DANIEL §
QUINTANILLA, DANTE FREEMAN, §
JOHN RAMOS, JOSE GRACIA, JOSE §
REYNA, MARCEL SWEAT JR., §
NATHAN INIGUEZ-JACO, RAMON §
RODRIGUEZ, RUBEN HEREDIA, §
SHELBY LAVERGNE, SIERRA §
SCARBOROUGH, STANLEY §
JACKSON, BRADLEY HALL, §
TERRANCE WILLIAMS, CHRISTIAN §
RIOS, RENARD GREENFIELD, BRYAN §
GAYTAN, JAYCEE GOODE, ARTHUR §
RAMIREZ, MICHAEL HERNANDEZ, §
RUBEN CANU, MARIO PALOMO, §
and STEVEN BELL, §
                                        §
        *Plaintiffs,*                   §
                                        §
V.                                      §        CIVIL CASE NO. SA-23-CV-000638-FB
                                        §
THE QUIKRETE COMPANIES, LLC,            §
                                        §
        *Defendants.*                   §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge (ECF

No. 119) recommending that Defendant's motion for summary judgment be granted and Plaintiffs'

motion for summary judgment be denied, along with Plaintiffs' written objections (ECF No. 121) to

the Report and Recommendation.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.").  In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court.  Such a review means that the Court will examine the entire record, and will make an independent assessment of the law.  The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed Plaintiffs' submission in light of the entire record.  As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a de novo review with respect to those matters raised by the objections.  After due consideration, the Court concludes the objections lack merit.

Defendant asks the Court to grant it summary judgment on all of Plaintiffs' claims arising under the Fair Labor Standards Act ("FLSA") based on its affirmative defense of the FLSA's Motor Carrier Act ("MCA") exemption, 29 U.S.C. § 213(b)(1).  Plaintiffs in turn ask the Court to grant them summary judgment and hold as a matter of law that the MCA exemption does not apply to Plaintiffs because (1) the exemption does not apply to the sub-class of Plaintiffs who primarily drove belly dump and tanker trailers; and (2) even for the flatbed drivers, Defendant cannot show that the products these drivers hauled retained their interstate nature after arriving at the San Antonio plant for indefinite storage and future delivery. For the reasons set forth in the Report and Recommendation, the Court finds that

Plaintiffs are judicially estopped from arguing that the exemption cannot be decided on a class-wide basis as to all Defendant's drivers because Plaintiffs have taken directly inconsistent positions at other times in this litigation. Further, because Defendant has established the MCA defense as a matter of law, and Plaintiffs have not raised a genuine issue of material fact on the exemption's application as to all Plaintiffs, the Court grants Defendant summary judgment and denies Plaintiffs' motion.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (ECF No. 119) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant's Renewed Motion for Summary Judgment (ECF No. 84) is GRANTED and Plaintiffs' Motion for Summary Judgment on Defendant's Motor Carrier Act Defense (ECF No. 85) is DENIED.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 20th day of March, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE